UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Western Division

| | |
|---|---|
| DONALD P. RENKOWIC, <br><br> Plaintiff, <br><br> v. <br><br> COMMONWEALTH OF MASSACHUSETTS, et. al., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:11-cv-30272-MAP |

**COMMONWEALTH DEFENDANTS'**
**MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(1) AND 12(b)(6)**

The Attorney General, on behalf of the Commonwealth Defendants in the above-captioned action, Commonwealth of Massachusetts, Department of Revenue, Child Support Enforcement Division; Commissioner Navjeet K. Bal; Executive Office of Health and Human Services, Department of Transitional Assistance; Commissioner, Julie E. Kehoe; Hampshire County Probate and Family Court; Honorable Gail L. Perlman; Hampshire County Probate and Family Court, Judicial Case Manager, Mary Lynn Carroll; and Commonwealth of Massachusetts (collectively the "**Commonwealth Defendants**"), hereby respectfully requests that this Honorable Court grant judgment in the Commonwealth Defendants' favor, dismissing the complaint of the plaintiff, Donald P. Renkowic ("**Plaintiff**"), pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6).

The grounds for this motion to dismiss are fully set out in the "Memorandum Of Law In Support Of The Commonwealth Defendants' Motion To Dismiss All Claims Asserted Against Them In The Plaintiff's Complaint Pursuant To Fed.R.Civ.P.12(b)(1) and 12(b)(6)," which is being simultaneously submitted herewith.

*ALLOWED. For the reasons set forth in Defendants' memorandum, this suit is barred by the Eleventh Amendment. So ordered. Michael A. Ponsor USDJ 5-16-12*