# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD P. RENKOWIC,<br>    Plaintiff(s) | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 3:11-cv-30272-MAP<br>) |
| COMMONWEALTH OF<br>MASSACHUSETTS,<br>    Defendant(s) | )<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Commonwealth of Massachusetts, against the plaintiff Donald P. Renkowic, pursuant to the court's endorsed order entered this date, granting the defendant's motions to dismiss.

                                                                **SARAH A. THORNTON**,
                                                                CLERK OF COURT

Dated: May 16, 2012                            By /s/ Maurice G. Lindsay
                                                                Maurice G. Lindsay
                                                                Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                          [jgm.]