# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD P. RENKOWIC,<br>    Plaintiff(s)<br><br>v.<br><br>COMMONWEALTH OF<br>MASSACHUSETTS,<br>    Defendant(s) | )<br>)<br>)<br>)  CIVIL ACTION NO. 3:11-cv-30272-MAP<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

**JUDGMENT** entered for the defendant Commonwealth of Massachusetts, against the plaintiff Donald P. Renkowic, pursuant to the court's endorsed order entered this date, granting the defendant's motions to dismiss.

                                                 **SARAH A. THORNTON**,
                                               CLERK OF COURT

Dated: May 16, 2012                    By /s/ *Maurice G. Lindsay*
                                                 Maurice G. Lindsay
                                                 Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                           [jgm.]